Eastern District of Kentucky
**FILED**
JAN 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-cr-006-CHB
21 U.S.C. § 841

REGINALD BARBER

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about January 7, 2025, in Rockcastle County, in the Eastern District of Kentucky,

REGINALD BARBER

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████

FOREPERSON

_/s/ signature_

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and not less than 5 years supervised release.

**PLUS:**   Mandatory special assessment of $100.